MINCAL CONSUMER LAW GROUP
San Diego, California

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Justin G. Johnson<br><br>Plaintiff,<br><br>v.<br><br>Royal Oak Financial Services, Inc., d/b/a Collection & Recovery Bureau<br><br>Defendant. | **Case No.: SACV 11-0135-AG (JCx)**<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

Based upon Plaintiff's Unilateral Notice of Dismissal, and good cause appearing, this Court hereby orders the entire action to be, and is, dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: May 09, 2011  _____

Hon. Andrew J. Guilford
United States District Judge